In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-06-00037-CR


______________________________




KHOURY RAY ROBERSON, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 402nd Judicial District Court


Wood County, Texas


Trial Court No. 19,037-2005




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Khoury Ray Roberson was convicted of six charges of sexual assault of a child by a Wood
County jury. The cases were tried together, and Roberson now appeals the six convictions. 

 Because the issues raised in each appeal are identical, for the reasons stated in our opinion
dated this day in Roberson v. State, cause number 06-06-00032-CR, we affirm the judgment of the
trial court.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: May 9, 2007

Date Decided: May 24, 2007


Do Not Publish








ity="0" SemiHidden="false"
 UnhideWhenUsed="false" QFormat="true" Name="Normal"/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00010-CR

                                                ______________________________

 

 

                                       LAKESHA BLOUNT,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 188th
Judicial District Court

                                                             Gregg County, Texas

                                                          Trial Court
No. 36,780-A

 

                                                       
                                           

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                     MEMORANDUM 
OPINION

 

            An
admitted theft of over $1,500.00 led to Lakesha Blounts placement on deferred adjudication
community supervision for a period of four years.[1]  Blount failed to comply with terms of her
community supervision ordering her to pay fees, court costs, and
restitution.  The trial court adjudicated
Blounts guilt and sentenced her to eighteen months in state jail.  Blounts sole point of error on appeal
complains that the trial court erred in assessing punishment without doing a
presentence investigation (PSI).  See Tex.
Code Crim. Proc. Ann. art. 42.12, § 9 (Vernon Supp. 2009).

            To
preserve a complaint for appellate review, the complaint must be made to the
trial court by a timely request, objection, or motion.  Tex. R.
App. P. 33.1(a)(1).  The record in
this case reveals that Blount failed to complain to the trial court about the
lack of PSI report.  Any error in
failing to order a PSI report is waived if the defendant fails to object to the
failure or bring the failure to the trial courts attention.  Smith
v. State, 91 S.W.3d 407, 409 (Tex. App.Texarkana 2002, no pet.); Buchanan v. State, 68 S.W.3d 136, 139
(Tex. App.Texarkana 2001, no pet.).  
Because Blounts sole point of error was not preserved, it is overruled.

            We affirm the judgment of the trial
court. 

 

 

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          August 6, 2010

Date Decided:             August 9, 2010

 

Do Not Publish

 

 











[1]Originally appealed to the Twelfth Court of Appeals,
this case was transferred to this Court by the Texas Supreme Court pursuant to
its docket equalization efforts.  See Tex.
Govt Code Ann. § 73.001 (Vernon 2005). 
We are unaware of any conflict between precedent of the Twelfth Court of
Appeals and that of this Court on any relevant issue.  See
Tex. R. App. P. 41.3.